IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-rj-00019-MEH

SHEM FISCHER

    Plaintiff,

v.

FORESTWOOD COMPANY, INC., *et al*.

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Stipulated Notice of Dismissal with Prejudice [<u>Filed January 22, 2007; Docket #18</u>]. The Stipulation states that a settlement has been reached and that the parties voluntarily dismisses this case with prejudice pursuant to Fed. R. Civ. P. 41(a).

Accordingly, it is ORDERED that this matter is **dismissed with prejudice**, all parties to pay their own attorney fees and costs.

Dated at Denver, Colorado this 25th day of January, 2007.

                              BY THE COURT:

                              s/ Michael E. Hegarty
                              Michael E. Hegarty
                              United States Magistrate Judge